[No. 5082–3–III.   Division Three.   October 13, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
L. SANBORN, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 5717, Fred Van Sickle, J., entered March 8, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 4955–8–III.   Division Three.   October 13, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. LINDA
C. EARLY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–1–00304–5, George T. Shields, J., entered January 18, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff, J., and Edgerton, J. Pro Tem.

[No. 5085–4–II.   Division Two.   October 14, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JED
LEE MYERS, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–989, Carol A. Fuller, J., entered October 16, 1980. *Dismissed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 12611–3–I.   Division One.   October 17, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RONNIE
EARL SEYMOUR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–03654–6, Herbert M. Stephens, J., entered November 5, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Ringold, JJ.